# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF NORTH CAROLINA
## CHARLOTTE DIVISION
## DOCKET NO. 3:16-CR-100-MOC-DSC-3

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | )<br>) |
| vs. | )<br>) **ORDER** |
| **ERICK YAHIR RODRIGUEZ-SALOMON,** | )<br>) |
| Defendant. | )<br>) |

**THIS MATTER** comes before the Court on Defendant's pro se Motion to Reduce Sentence. (#164).

Having reviewed Defendant's Motion, the Court finds that a response from the Government is needed to fully consider their merits. Consequently, the Court enters the following Order.

## ORDER

**IT IS, THEREFORE, ORDERED** that the Government **SHALL RESPOND** to Defendant's Motion to Reduce Sentence, (#164), within 20 days of the entry of this Order.

Signed: May 17, 2022

Max O. Cogburn Jr
United States District Judge