# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# 3:16-cr-100-MOC

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| ERICK YAHIR RODRIGUEZ-SALOMON, | ) | |
| Defendant. | ) | |

**THIS MATTER** is before the Court on Defendant's pro se Motion for Reduction of Sentence under 18 U.S.C. § 3582(c)(2). (Doc. No. 164). Per the Court's order, the Government has responded in opposition to the motion. (Doc. No. 166). For the following reasons, Defendant's Motion is **DENIED**.

Defendant seeks a reduction in his sentence under 18 U.S.C. § 3582(c)(2). Section 3582(c)(2) authorizes a court to reduce a sentence "based on a sentencing range that has subsequently been lowered by the Sentencing Commission," if a reduction is consistent with applicable policy statements issued by the Sentencing Commission. Defendant has not identified any guideline amendment listed by the Commission as retroactively applicable. See U.S.S.G. § 1B1.10(a)(1), (d). Instead, Defendant seeks a reduction based on sentencing benefits that he asserts are not available to him as a deportable alien. (Doc. No. 164 at 2–4). Because section 3582(c)(2) does not authorize a reduction based on the grounds Defendant asserts, Defendant is not eligible for the sentence reduction he requests, and the Court will thus deny Defendant's motion.

## ORDER

**IT IS, THEREFORE, ORDERED** that Defendant's pro se Motion for Reduction of Sentence, (Doc. No. 164), is **DENIED.**

Signed: July 13, 2022

Max O. Cogburn Jr
United States District Judge