UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:16-cr-100-MOC-SCR

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| vs. | ) ORDER |
| | ) |
| ERICK YAHIR RODRIGUEZ-SALOMON, | ) |
| Defendant. | ) |

**THIS MATTER** is before the Court on Defendant Erick Yahir Rodriguez-Salomon's Motion for a Sentence Reduction under USSC Amendment 821. (Doc. No. 200). The Government has filed a brief in opposition. (Doc. No. 203).

As the Government notes in its response brief, the Court already denied in April 2024 a motion by Defendant seeking the same relief on the same grounds. See (Doc. No. 189). Thus, the Court **DENIES** Defendant's most recent motion for the same reasons.

**IT IS THEREFORE ORDERED** that Defendant's Motion for a Sentence Reduction (Doc. No. 200), is **DENIED**.

Signed: January 27, 2025

Max O. Cogburn Jr
United States District Judge

1